UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                               Case No: 6:16-cr-221-Orl-18DCI

**PAUL R. JOHNSON, JR.**

AUSA: Shawn P. Napier

Defense Attorney: Alisha Marie Scott, Federal Public Defender

| JUDGE: | **G. KENDALL SHARP**<br>US District Judge | DATE AND TIME:<br><br>TOTAL TIME: | **May 17, 2017**<br>9:27 am – 9:58 am<br>31 minutes |
|---|---|---|---|
| DEPUTY CLERK: | Anita Justin | REPORTER: | Sandy Tremel<br>Sandy.tremel@gmail.com |
| INTERPRETER: | None | PROBATION: | Tania L. Correa |

## CLERK'S MINUTES
## SENTENCING

Defendant sentenced as to Counts 1-7 of Indictment:

**Incarceration**: 180 months

**Supervised Release:** 5 years

**Special Assessment**: $700.00

Appeal rights given.

Government exhibit no. 1 identified.