FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2017 OCT 27 PM 1:50

US DIS... COURT
MIDDLE DIS... OF FLORIDA
ORLAN... FLORIDA

PROVIDED TO
GRACEVILLE W.C. ON
OCT 24 2017
FOR MAILING

Paul B. Johnson

V.

United States of America

Case No: 6:16-cr-221-GKS-DCI

Motion for a nunc Pro tunc Designation

Comes now, defendant, Paul B. Johnson, Pro Se, request that this Honorable court order the Attorney General to grant this nunc Pro tunc Designation based on the Factual Basis herein.

a. The defendant was Sentenced to a concurrent Sentence for both State and Federal offenses.

b. The U.S. marshals transported defendant from a State facility, Stopping his pretrial proceedings to Federal Custody, Claiming Jurisdiction and to Sentence the defendant.

Therefore the defendant Prays that this motion for a nunc Pro Tunc Designation is granted.

Respectfully Submitted
Paul R Johnson

DENIED and SO ORDERED this
__ day of Nov 20__
GALL SHARP
District Judge